# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Leyden, Diana L. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>12/4/2016 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Special Trial Judge- Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>09/08/2016 |
|---|---|---|

**7. Chambers or Office Address**

United States Tax Court
400 2nd Street, NW Room 108
Washington, DC 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | New York City Department of Finance |
| 2. | Employee | University of Connecticut School of Law |
| 3. | Director | Glastonbury Chorus, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 12/4/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014-2015 | University of Connecticut School of Law, Salary | $245,686.55 |
| 2. 2015-2016 | New York City of New York Department of Finance, Salary | $143,645.86 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014-2016 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L.. | 12/4/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 12/4/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Massachusetts Deferred Comp Plan (H) | | | | | | | | | |
| 2. Massachusetts Deferred Comp Plan International Equity Fund | | None | K | T | Exempt | | | | |
| 3. Massachusetts Deferred Comp Plan Small Company Stock Fund | | None | K | T | Exempt | | | | |
| 4. Massachusetts Deferred Comp Plan Real Estate REIT Fund | | None | J | T | Exempt | | | | |
| 5. Massachusetts Deferred Comp. Plan Large Company Growth | | None | K | T | Exempt | | | | |
| 6. SMART Capital Preservation Fund | | None | J | T | Exempt | | | | |
| 7. Massachusetts Deferred Comp Plan SMART Plan 2025 | | None | K | T | Exempt | | | | |
| 8. Eaton Vance IRA | B | Dividend | | | Distributed | 03/28/16 | J | D | |
| 9. EquiVest Tax Sheltered Annuity (H) | | None | | | | | | | |
| 10. AXA Lg Cap Val Managed Vol | B | Int./Div. | K | T | Exempt | | | | |
| 11. VOYA State of CT Defined Contribution Plan 401A (H) | | | | | | | | | |
| 12. Connecticut Stable Fund ARP | C | Int./Div. | M | T | Exempt | | | | |
| 13. Vanguard InflPrt Securities Fd Inst | A | Int./Div. | J | T | Exempt | | | | |
| 14. Vanguard Trgt Retire 2025 Fnd Inv | A | Int./Div. | J | T | Exempt | | | | |
| 15. Fidelity VIP Contrafund Port 1 | A | Int./Div. | J | T | Exempt | | | | |
| 16. Vanguard REIT Index Fund Inst. | A | Int./Div. | J | T | Exempt | | | | |
| 17. TIAA-CREF Intl Equity Index Fd | A | Int./Div. | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 12/4/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VOYA State of CT Defined Contribution 403B (h) | | | | | | | | | |
| 19. Connecticut Stable Value Fund | A | Int./Div. | M | T | Exempt | | | | |
| 20. PIMCO Total Return Fd Inst | A | Int./Div. | J | T | Exempt | | | | |
| 21. Vanguard Infl. Prt Securities Fd Inst | A | Int./Div. | J | T | Exempt | | | | |
| 22. TIAA-CREF Equity Index Fund Inst | A | Int./Div. | J | T | Exempt | | | | |
| 23. TIAA-CREF Social Choice Eqty Fd Inst | A | Int./Div. | J | T | Exempt | | | | |
| 24. TIAA-CREF Sm Cp Blend Index Fd Inst | A | Int./Div. | J | T | Exempt | | | | |
| 25. Fidenlity VIP Mid Cap Portfolio I | A | Int./Div. | J | T | Exempt | | | | |
| 26. TIAA-Cref Instl Equity Index Fd Inst | A | Int./Div. | J | T | Exempt | | | | |
| 27. State of Connecticut 403(b) (H) | | | | | | | | | |
| 28. Conn. Stable Value Fund | A | Dividend | M | T | | | | | |
| 29. PIMCO Total Inst. Ret. Fund | A | Dividend | J | T | | | | | |
| 30. Vanguard Inflation Protection | A | Dividend | J | T | | | | | |
| 31. TIAA-CREF Instl Equity In | A | Dividend | J | T | | | | | |
| 32. TIAACREF Instl SocChc Eq Instl | A | Dividend | J | T | | | | | |
| 33. Fidelity VIP Mid Cap Portfolio | A | Dividend | J | T | | | | | |
| 34. TIAA-CREF Instl SCB Idx Inst | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Leyden, Diana L. | 12/4/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA-CREF Instl Internatl | A | Dividend | J | T | | | | | |
| 36. State of Connecticut Alternate Retirement Plan (H) | | | | | | | | | |
| 37. ARP Hybrid Transition fund | A | Dividend | N | T | | | | | |
| 38. Connecticut Stable Value Fund | A | Int./Div. | J | T | Exempt | | | | |
| 39. Vanguard Inflation-Protec | A | Dividend | | | | | | | |
| 40. Vanguard Target Ret 2025 | A | Dividend | | | | | | | |
| 41. Fidelity VIP Contrafund Portf | A | Dividend | | | | | | | |
| 42. TIAA-CREF Instl Internatl | A | Dividend | | | | | | | |
| 43. Vanguard REIT Index Instl | A | Dividend | | | | | | | |
| 44. National LIfe Insurance Company Whole Life Policy | E | Dividend | K | T | Exempt | | | | |
| 45. TIAA State of CT Alternative Reitirement Plan (H) | | | | | | | | | |
| 46. TIAA Guaranteed | B | Int./Div. | K | T | Exempt | | | | |
| 47. CREF Stock R3 | B | Int./Div. | K | T | Exempt | | | | |
| 48. CREF Growth R3 | B | Int./Div. | K | T | Exempt | | | | |
| 49. CREF GlobalEquities R3 | B | Int./Div. | J | T | Exempt | | | | |
| 50. TIAA Real Estate | B | Int./Div. | J | T | Exempt | | | | |
| 51. CREF In LInked Bond R3 | B | Int./Div. | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L.. | 12/4/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CREF Money Market R3 | B | Int./Div. | J | T | Exempt | | | | |
| 53. CREF Social Choice R3 | B | Int./Div. | K | T | Exempt | | | | |
| 54. Bnk of America- Checking account | A | Interest | K | T | Exempt | | | | |
| 55. Bank of America CD | A | Interest | M | T | Exempt | | | | |
| 56. Bank of America Savings Account | A | Interest | K | T | Exempt | | | | |
| 57. Allianz Annuity-Fixed annuity | | None | M | T | Exempt | | | | |
| 58. Fidelity IRA- Fidelity Magellean | B | Int./Div. | J | T | Exempt | | | | |
| 59. VOYA SEP (H) | | | | | Exempt | | | | |
| 60. Voya Long term GAA | | None | K | T | Exempt | | | | |
| 61. Voya Balanced Portfolio 1 | | None | K | T | Exempt | | | | |
| 62. Voya Large Cap Value Port Inst | | None | K | T | Exempt | | | | |
| 63. VOYA 401K (H) | | None | | T | Exempt | | | | |
| 64. Voya Large Growth Portfolio | | None | M | T | Exempt | | | | |
| 65. VY JP Morgan Mid-Cap | | None | K | T | Exempt | | | | |
| 66. VY Oppenheimer Global | | None | K | T | Exempt | | | | |
| 67. Webster Bank Checking account | A | Interest | J | T | Exempt | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 12/4/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leyden, Diana L. | 12/4/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines 1-7 Regarding the Massachusetts Deferred Compensation Smart Plan, neither the statements nor the on line account information show investments. I have contacted the plan administrator and told they only report the change in value not any income.

2. Lines 11-17 and 18-26; 27-25 and 36-43-Regarding the VOYA Connecticut Defined Contribution Plans- 401A and 403(b), this plan was transferred to Prudential Retirements by the State of Connecticut on July 1, 2015. I have listed the earnings and valuation of the plans ad held by VOYA as of June 30, 2016(lines 11-17 and 18-26) and have shown the eanring and valuation of the Prudential Retirement from July 1, 2015 through 9/8/16 the end of the reporting period (lines 27-35 and 36-43).

3. Line 8 Eaton Vance IRA- this was cashed out and the earnings reported are as of 1/1/2015 through the date just before the investment was liquidated. The gain is listed in the transaction column for this investment.

4. Line 57 Allianz Fixed annuity- the plan administrator informed us that there is not any income in the form of interest or dividends, just a change in value.

5. Lines 59-62 VOYA 401(k) and 63-66 VOYA SEP. My husband contacted the plan administrator and was told the investments are in indexed funds and as such, there is not reported income in the form of interest or dividends, but rather changes in total value.

5.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diana L. Leyden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544